IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lloyd, Darryll K

Printed: 9/3/08

Case Number: 08 B 09417
Judge: Wedoff, Eugene R
Filed: 4/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 304.16 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 284.39 |
| Trustee Fee: |  | 19.77 |
| Other Funds: |  | 0.00 |
| Totals: | 304.16 | 304.16 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nella E Mariani PC | Administrative | 3,500.00 | 284.39 |
| 2. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 681.13 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 1,185.30 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 1,285.42 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 64.33 | 0.00 |
| 7. | CarMax Auto Finance | Unsecured | 20,651.05 | 0.00 |
| 8. | Genesis Financial Services Corp | Unsecured | 670.64 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 458.31 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 4,750.84 | 0.00 |
| 11. | Areawide Cell | Unsecured | 860.20 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 548.29 | 0.00 |
| 13. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 14. | Citibank | Unsecured |  | No Claim Filed |
| 15. | Cbe Group | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | Credit One Bank | Unsecured |  | No Claim Filed |
| 18. | First Cash Advance | Unsecured |  | No Claim Filed |
| 19. | RoundUp Funding LLC | Unsecured |  | No Claim Filed |
| 20. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 21. | Merrick Bank | Unsecured |  | No Claim Filed |
| 22. | Robert J Adams & Associates | Unsecured |  | No Claim Filed |
| 23. | Payday Loan | Unsecured |  | No Claim Filed |
| 24. | Premier Bankcard | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lloyd, Darryll K | Case Number:  08 B 09417 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  4/17/08 |

$ 34,655.51          $ 284.39

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.77 |

$ 19.77

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____